NATIONAL LABOR RELATIONS BOARD, Petitioner, v. S. FRIEDER & SONS COMPANY.

No. 9117.

Circuit Court of Appeals, Third Circuit.

Argued May 7, 1946.

Decided May 14, 1946.

Herman Lazarus, N.L.R.B., of Philadelphia, Pa. (David A. Morse, Gen. Coun-

sel, A. Norman Somers, Asst. Gen. Counsel, and Morris P. Glushien, Dominick L. Manoli, and Barnard Morrison, Attys., National Labor Relations Board, all of Washington, D.C., on the brief), for petitioner.

Herbert A. Mossler, of New York City (Arnold Lichtig, of New York City, on the brief), for respondent.

Before EDGERTON, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

This is a petition for enforcement of an order of the National Labor Relations Board. It presents no new questions of law and the problems presented are whether there is substantial evidence to support the Board's findings and whether the scope of the order is proper in view of those findings. We think that an affirmative answer is required for both questions and, therefore, the petition for enforcement should be granted.